# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT WADE RAMEY, | Civil No. 11-2310 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SANDRA TISCHLER, | |
| Respondent. | |

Scott Wade Ramey, 613 S. W. Second Street, Rochester, MN 55902, pro se petitioner.

Craig Nelson, **FREEBORN COUNTY ATTORNEY**, 411 South Broadway Avenue, Albert Lea, MN 56007, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated November 22, 2011. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 10], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is summarily **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 22, 2011          s/ John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                            United States District Judge